CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

7/15/2024

LAURA A. AUSTIN, CLERK
BY: s/ Christel Kemp
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRENDA SUE WALLER, MD and STRANGE FRUIT FARMS, LLC, | ) ) ) |
| Plaintiffs | Case No. 4:22-cv-00120 |
| v. | **JUDGMENT ORDER** |
| HUGH JOHNSON ENTERPRISES, INC., | By: Hon. Thomas T. Cullen United States District Judge |
| Defendant. | |

This matter is before the court on Plaintiffs' motion and supplemental motion for entry of default judgment against Defendant Hugh Johnson Enterprises, Inc. ("HJE"). (ECF Nos. 77 & 87). For the reasons stated in the court's Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' motions for default judgment are **GRANTED** and judgment is hereby **ENTERED** against HJE in the amount of **FOUR HUNDRED THIRTY THOUSAND DOLLARS ($430,000.00)**, plus post-judgment interest as allowed by law, *see* 28 U.S.C. § 1961.

The Clerk is directed to forward a copy of this Judgment Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 15th day of July, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE